STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff UNITED
STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 8 2001

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00046 DAE |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. § 846] |
| vs. ) | |
| ) | |
| DAVID E. PELEN, (01) ) | |
| MARIAN SUNG SOON SUTTON, ) | |
|   aka "Aunty," (02) ) | |
| JOHN J. KLAVERWEIDEN, ) | |
|   aka "Haole John," (03) ) | |
| EVERETT Q. L. MUN, (04) ) | |
| MILAGROS WONG-ARLETT, ) | |
|   aka "Mila," (05) ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges that:

From on or about a time unknown but by approximately May 25, 2000 through approximately January 29, 2001, in the District of Hawaii, the defendants, DAVID E. PELEN, MARIAN SUNG SOON SUTTON, aka "Aunty," JOHN J. KLAVERWEIDEN, aka "Haole John,"

EVERETT Q. L. MUN, and MILAGROS WONG-ARLETT, did willfully and knowingly conspire together, with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute more than one hundred (100) grams of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of the conspiracy and in order to accomplish the objectives of this conspiracy, the defendants committed certain overt acts, including, but not limited to, the following in the District of Hawaii:

1. On May 25, 2000, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed eight (8) "papers" of heroin to an individual.

2. On May 27, 2000, DAVID E. PELEN, MARIAN SUNG SOON SUTTON, aka "Aunty," and MILAGROS WONG-ARLETT distributed eight (8) "papers" of heroin to an individual.

3. On June 1, 2000, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed twenty-four (24) "papers" of heroin to an individual.

4. On July 10, 2000, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed eight (8) "papers" of heroin to an individual.

5. On July 25, 2000, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed twelve (12) "papers" of heroin to an individual.

6. From July 14, 2000 through August 12, 2000, MARIAN SUNG SOON SUTTON, aka "Aunty," paged DAVID E. PELEN approximately eight (8) times to make arrangements to obtain heroin from DAVID E. PELEN for distribution to an individual.

7. From July 14, 2000 through August 12, 2000, JOHN J. KLAVERWEIDEN, aka "Haole John," paged DAVID E. PELEN approximately seventy-six (76) times to make arrangements to obtain heroin from DAVID E. PELEN for distribution to an individual.

8. From July 14, 2000 through August 12, 2000, EVERETT Q.L. MUN paged DAVID E. PELEN approximately forty-eight (48) times to make arrangements to obtain heroin from DAVID E. PELEN for distribution to an individual.

9. On August 9, 2000, JOHN J. KLAVERWEIDEN, aka "Haole John," distributed five (5) "papers" of heroin to an individual.

10. On September 7, 2000, DAVID E. PELEN and JOHN J. KLAVERWEIDEN, aka "Haole John," distributed twenty-four (24) "papers" of heroin to an individual.

11. On September 14, 2000, MILAGROS WONG-ARLETT aka "Mila," distributed a quantity of heroin to an individual.

12. On September 27, 2000, EVERETT Q. L. MUN and DAVID E. PELEN distributed twenty (20) "papers" of heroin to an individual.

13. On October 20, 2000, JOHN J. KLAVERWEIDEN, aka "Haole John," distributed seven (7) "papers" of heroin to an individual.

14. On October 27, 2000, DAVID E. PELEN and EVERETT Q. L. MUN distributed thirteen (13) "papers" of heroin to an individual.

15. On November 14, 2000, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed twenty-four (24) "papers" of heroin to an individual.

16. On December 27, 2000, DAVID E. PELEN and EVERETT Q. L. MUN distributed twenty-four (24) "papers" of heroin to an individual.

17. On January 5, 2001, DAVID E. PELEN and JOHN J. KLAVERWEIDEN, aka "Haole John," distributed twenty (20) "papers" of heroin to an individual.

18. On January 9, 2001, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed five (5) "papers" of heroin to an individual.

19. On January 16, 2001, DAVID E. PELEN and JOHN J. KLAVERWEIDEN, aka "Haole John," distributed twenty-four (24) "papers" of heroin to an individual.

20. On January 18, 2001, DAVID E. PELEN and JOHN J. KLAVERWEIDEN, aka "Haole John," distributed twenty-four (24) "papers" of heroin to an individual.

21. On January 22, 2001, DAVID E. PELEN, JOHN J. KLAVERWEIDEN, aka "Haole John," and MILAGROS WONG-ARLETT aka "Mila," distributed forty-eight (48) "papers" of heroin to an individual.

4

22. On January 24, 2001, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed twenty-four (24) "papers" of heroin to an individual.

23. On January 12, 2001, DAVID E. PELEN and MARIAN SUNG SOON SUTTON, aka "Aunty," distributed twenty-four (24) "papers" of heroin to an individual.

All in violation of Title 21, United States Code, Section 846.

DATED: __2/8__, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury V

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

UNITED STATES v. DAVID E. PELEN, et al.
CR. NO. 01-
"Indictment"

5