ELLIOT ENOKI
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff UNITED
STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2001

at____o'clock and____min.___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>　　　　　　Plaintiff, )<br><br>　vs. )<br><br>MILAGROS WONG-ARLETT, )<br>　aka "Mila,"　　　　(05) )<br><br>　　　　　　Defendant. )<br>_____ ) | CR. NO. 01-00046 DAE -05<br><br>INFORMATION<br>[21 U.S.C. § 841(a)(1)] |

INFORMATION

The United States Attorney charges that:

On or about September 14, 2000, in the District of

Hawaii, the defendant, MILAGROS WONG-ARLETT, aka "Mila," did

knowingly and intentionally distribute a quantity of heroin,

approximately .97 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _12·6·01_, at Honolulu, Hawaii.

ELLIOT ENOKI
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

USA v. Milagros Wong-Arlett
Cr. No. 01-00046 DAE -05
"Information"