CR 01-00046DAE 05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 01-0051BMK05 |
| Plaintiff(s), | ) |
| vs. | ) |
| MILAGROS WONG-ARLETT aka "Mila", | ) |
| Defendant(s). | ) |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 0 6 2001

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

CR 01-46 DAE 05

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

JAN 16 2008

at 8 o'clock and __ min __ M.
SUE BEITIA, CLERK

### NOTICE RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 120068874 issued at Honolulu, Hawaii, on November 17, 1989 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 6, 2001 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:  REDACTED  1949

Place of Birth:  Philippines

Dated at Honolulu, Hawaii on February 6, 2001.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 01/16/2008   Signature: Milagros Wong-Arlett
Owner of Passport